UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 15-6687-MWF(JEMx)**                        Dated: **April 13, 2016**

Title:      Roderick Causey -*v*- Enchanced Recovery Company, LLC, et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

Cheryl Wynn                                    None Present
Relief Courtroom Deputy                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                    None Present

PROCEEDINGS (IN CHAMBERS):          COURT ORDER

     In light of the Notice of Settlement filed April 11, 2016, the Court sets a hearing on Order To Show Cause Re Dismissal for **May 9, 2016 at 11:30 a.m.**  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. *All other dates are hereby vacated.*

     **IT IS SO ORDERED.**

MINUTES FORM 90                              Initials of Deputy Clerk    cw
CIVIL - GEN

-1-