JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK CAUSEY,<br><br>               Plaintiff,<br><br>ENHANCED RECOVERY COMPANY, LLC.<br><br>               Defendants. | Case No. 2:15-CV-06687-MWF-JEM<br><br>**ORDER REGARDING STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO FRCP 41(A)(1)(A)(II)** |

**TO THE HONORABLE COURT, TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE COUNSEL OF RECORD:**

    The Court has reviewed the Stipulation to Dismiss of Plaintiff RODERICK CAUSEY and Defendant ENHANCED RECOVERY COMPANY, LLC.  Good cause appearing, the Court grants the parties' Stipulation to Dismiss Plaintiff's individual claim, with prejudice, pursuant to FRCP 41(a)(1)(A)(ii), with each party to bear their respective attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:  May 9, 2016

*[signature: Michael W. Fitzgerald]*

UNITED STATES DISTRICT JUDGE